**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS and DEFENDING EDUCATION,<br><br>Plaintiffs,<br><br>v.<br><br>CONGRESSIONAL BLACK CAUCUS FOUNDATION,<br><br>Defendant. | Civil Action No. 1:26-cv-01123-JDB |

---

**DEFENDANT CONGRESSIONAL BLACK CAUCUS FOUNDATION, INC.'S
MOTION TO DISMISS**

---

Defendant Congressional Black Caucus Foundation, Inc., by and through its undersigned counsel, respectfully moves to dismiss the Amended Complaint in this action with prejudice, pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of Defendant Congressional Black Caucus Foundation, Inc.'s Motion to Dismiss.

Dated:   July 16, 2026

Respectfully submitted,

*/s/ Jason C. Schwartz*

Alphonso David (*pro hac vice* application forthcoming)
GLOBAL BLACK ECONOMIC FORUM
34 35th Street, Suite 5A
Brooklyn, New York 11232
Tel: (646) 872-1924
alphonso.david@gbef.com

Gregg J. Costa (*pro hac vice* application forthcoming)
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, TX 77002-6117
Tel: (346) 718-6600
gcosta@gibsondunn.com

Katherine M. Marquart (D.C. Bar No. 1044618)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California  90071
Tel: (213) 229-7000
kmarquart@gibsondunn.com

Jason C. Schwartz (D.C. Bar No. 465837)
Stuart F. Delery (D.C. Bar No. 449890)
Zakiyyah T. Salim-Williams (D.C. Bar No. 90043875)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Tel: (202) 955-8500
jschwartz@gibsondunn.com
sdelery@gibsondunn.com
zswilliams@gibsondunn.com

Mylan L. Denerstein (*pro hac vice* application forthcoming)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4000
mdenerstein@gibsondunn.com

*Attorneys for Defendant Congressional Black Caucus Foundation, Inc.*