**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMERICAN ALLIANCE FOR EQUAL
RIGHTS and DEFENDING EDUCATION,

        Plaintiffs,

        v.

CONGRESSIONAL BLACK CAUCUS
FOUNDATION,

        Defendant.

Civil Action No. 1:26-cv-01123-JDB

**DECLARATION OF NICOLE AUSTIN-HILLERY**

I, Nicole Austin-Hillery, hereby declare as follows:

1.      I am over the age of 18 and make this declaration based upon my personal knowledge and experience. If called to do so, I could and would competently testify to these matters under oath.

2.      I am the President and CEO of the Congressional Black Caucus Foundation, Inc. ("CBCF"). I make this declaration in support of Defendant CBCF's Motion to Dismiss.

3.      As stated on its website, CBCF is a non-partisan 501(c)(3) equal opportunity organization that provides scholarships, internships, and fellowships to eligible applicants. One of those scholarships is the Spouses Education Scholarship (the "Scholarship").

4.      During previous application cycles, CBCF listed "identify[ing] as Black or African American" as an eligibility requirement for the Scholarship.

5.      For the 2026 Scholarship, however, CBCF intentionally did not list "identify[ing] as Black or African American" as an eligibility requirement, because CBCF wished to make clear that the Scholarship is open to applicants of all races.

1

6.      The application cycle for the 2026 Scholarship opened on January 5, 2026 and closed on March 27, 2026.

7.      As of July 16, 2026, all applications for CBCF's 2026 Spouses Education Scholarship remain pending and no one has been selected for this year's cycle.

8.      A true and correct copy of the landing page to the application portal that CBCF used for the 2026 Scholarship is attached hereto as <u>Exhibit 1</u>.  The landing page reflects all "Candidate Requirements" for the 2026 Scholarship and does not reference any qualifications related to an applicant's race.

9.      The 2026 Scholarship application also did not require applicants to indicate their race or ethnicity.  Instead, in response to the application's question regarding race and ethnicity, applicants could select "Not Applicable."  A true and correct copy of the menu of race and ethnicity options from which applicants could select when applying for the 2026 Scholarship is attached hereto as <u>Exhibit 2</u>.  A true and correct copy of the General Application that contained this question, which would have been seen by a 2026 applicant to the Scholarship, is attached as <u>Exhibit 3</u>.

10.      On January 8, 2026, to be consistent with the 2026 Scholarship's race-neutral eligibility criteria, CBCF removed from its website the Frequently Asked Questions webpage cited in the Amended Complaint at ¶¶ 2, 16, and 20.

11.      Race is not a qualification for the 2026 Scholarship.  Applicants of all races, ethnicities, and backgrounds are eligible and will not be assessed on the basis of their race.  This was true when CBCF opened the application on January 5, 2026; when this lawsuit was filed on April 2, 2026; and remains true today.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of July, 2026 in Upper Marlboro, Maryland.

Nicole Austin-Hillery