# EXHIBIT 1

Congressional
Black Caucus
**Foundation**

**Lifting Up,
Leading Forward**

Sign Up    or    Sign In

▼ Opportunities

## CBC Spouses Education Scholarship

**The CBC Spouses Education Scholarship** awards academically talented and highly motivated full-time students pursuing an undergraduate, graduate or doctoral/PhD degrees in a variety of fields.

**Candidate Requirements**
• Be a U.S. citizen or legal permanent resident
• Reside or attend an academic institution in a CBC Member's District
• Attend (or will attend) an undergraduate, graduate or doctoral degree program full-time at an accredited college or university (graduating high school seniors are eligible to apply)
• Minimum 2.5 GPA on 4.0 scale
• Exhibit leadership and be active in community

**Application Materials**
• Complete 2-part online application (must be submitted by March 27, 2026, 11:59 pm ET)
• Video Response: Personal Statement – *not to exceed 3 minutes*
• 1 Letter of Recommendation
• Transcript(s) – *direct upload required (unofficial transcripts accepted)*
• Resume listing work experience, extracurricular activities, honors, community service and special skills

**Award**
Varies

**Scopes**
Scholarships

**Deadline**
03/27/2026

**Supplemental Questions**
1. Upload a legible copy of your current transcript in a PDF file. We must be able to read clearly the name of academic institution, student name and information, courses, grades and other information detailed on the transcript (unofficial accepted).
2. Upload resume (PDF Format) listing academic accomplishments, extracurricular activities, honors, employment, community service, and special skills.
3. Letter of Recommendation 1: uploaded *by applicant* (must be uploaded directly to the application portal BY APPLICANT); letter must be on a formal, professional letterhead and include contact information; pdf format; include recommender's signature; emailed copies of letters will NOT be accepted. ALL DOCUMENTATION MUST BE SUBMITTED BY DEADLINE. NO EXCEPTIONS.
4. Video Response: Discuss how you will use your education to bring change in your community.
5. Name of your U.S. Representative based on your permanent address. To determine your Representative, enter your permanent address zip code here. If more than one representative is shown, please enter your full address.
6. Name of your U.S. Representative based on your academic institution's address. To determine your Representative, enter your academic institution's address zip code here. If more than one representative is shown, please enter your academic institution's full address.

© 2026 Blackbaud, Inc. All rights reserved.