# EXHIBIT 3



Congressional Black Caucus **Foundation** | **Lifting Up, Leading Forward**

| My Applications | Opportunities | ▼ |
|---|---|---|

## Application Progress

⬤ General Application ⓘ

General Application Questions          Frequently Asked Questions

IMPORTANT 2-STEP APPLICATION PROCESS

1. **Step 1**: Completer **GENERAL APPLICATION**. Upon completing the **GENERAL APPLICATION** click "**Finish and Submit**".
2. To continue application at a later time **SAVE** application by clicking "**SAVE AND KEEP EDITING**" at the bottom of page and then exit.
3. **Step 2**: Upon submitting the General Application, locate "Recommended Opportunities" under " My Applications Tab" to complete specific scholarship applications which requirements are met.
4. The specific scholarship opportunity is where the required application materials will be submitted.

LETTER OF RECOMMENDATION PROCESS CHANGE:

1. Please be aware the letter of recommendation process has been changed to reduce the difficulty recommenders experience when complete the recommendation request. The request for the letter of recommendation must be sent directly to the recommender from the applicant. The recommender must provide a PDF formatted document on letterhead containing their full name, professional title, contact email, and telephone number. *

*CBCF is a non-partisan 501©(3) equal opportunity organization that provides scholarships, internships, and fellowships to eligible applicants.*

### General Application Questions

\* Prefix

[ ▼ ]

\* First Name

[                                                              ]

\* Last Name

[                                                              ]

\* Gender

[ ▼ ]

\* Date of Birth

| mm/dd/yyyy | 🗐 |

Please enter a date formatted like MM/DD/YYYY. Example Date Form: 00/00/0000

\* Are you a U.S. Citizen?

[ ▼ ]

\* Are you legally eligible to work or study in the U.S.?

○ Yes

○ No

\* Please indicate your race/ethnicity.

[ ▼ ]

\* Are you an active or reserve member of the U.S. Armed Forces?

○ No

○ Yes

\* Permanent Street Address

Permanent residence address is the address you claim to be a resident for purposes of income tax.

\* City

\* State

\* Zip

\* Cellular Telephone Number

Please enter a phone number formatted like 555-555-5555. Example: 202.123.4567

\* Home Telephone Number

Please enter a phone number formatted like 555-555-5555. Example: 202.123.4567

\* What type of program or aid are you interested?

☐ Fellowships

☐ Internships

☐ Scholarships

\* Are you a first generation college student (i.e. Parent(s)/Legal guardian(s) did not complete a bachelor's degree)?

○ No

○ Yes

\* Do you attend (or have attended) a Historically Black College or University (HBCU) please indicate the academic institution by selecting from the list below.

Select "Not Applicable" if you did not attend or not enrolled at an HBCU.

Indicate the historically black college/university attending (or attended). (i.e. Virginia Union University)

"N/A" can be used for applicants not attending or have not attended a HBCU.

\* Current Classification

Applying for fellowship program: Not currently enrolled in an academic institution select Not Applicable. If you are entering a degree program upon graduating (at any level) select the level upon entry to the program.

\* Current Degree Pursuing

. If currently not enrolled in an academic institution . If currently a high school junior or senior .

Are you currently pursuing a Master's degree? (fellowship applicants only)

Will the Master's degree be received prior to September 2026? (fellowship applicants only)

\* Degree Received

If a degree is not currently being pursued, please select the last degree received.

\* Indicate your Major or Area of Discipline.

Words Used: 0 [ Maximum Words: 75 ]

\* Indicate your Minor (if applicable).

Words Used: 0 [ Maximum Words: 75 ]

Please be specific do not use abbreviations. If a degree has been received or a recent graduate, enter .

\* Anticipated College Graduation Date

mm/dd/yyyy

Please enter a date formatted like MM/DD/YYYY. The date you anticipate receiving the degree you are currently pursuing. If you are applying to an internship program: If you will not be attending school for the upcoming academic year because you have completed your academic studies and have already graduated, please enter "00/00/0000."

\* GPA on a 4.0 Scale

Please enter a number. You can use a decimal, but exclude any other symbols.

\* Are you entering law school directly upon receiving your undergraduate degree (Undergraduate Senior Only)?

○ No

○ Yes

\* Are you an undergraduate alumni entering law school as a first year law scholar?

○ No

○ Yes

\* I hereby certify that all information in this application is true and accurate. I am aware that any misrepresentation will result in the disqualification of my application. I also attest that I am not the immediate relative\*\* of a CBC Member, CBCF staff members, or Board of Directors Member of CBCF.

\*\*Immediate relatives are defined as one's spouse, parents, step-parents, siblings, spouse, children, step-children, foster children, in-laws, sibling in-laws, grandparents, great grandparents, step-great grandparents, grandchildren, aunts, uncles, nieces, or nephews.

I further hereby give permission to CBCF to use or publish any photos, text, artwork, and information submitted to this application. - Answer 1 time.

1

\* 1. Electronic Signature (Type Full Name)

\* 2. Today's Date

mm/dd/yyyy

Please enter a date formatted like MM/DD/YYYY.

Save and Keep Editing    **Finish and Submit**

© 2026 Blackbaud, Inc. All rights reserved.

Leadership Institute    CBCF on Facebook    CBCF on Twitter    CBCF on Instagram